```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TODD C. BANK, individually and on
behalf of all others similarly situated,                           JUDGMENT

                                                                   17-CV-00613 (LDH) (JO)
                        Plaintiff,
        -against-

PRO CUSTOM SOLAR LLC d/b/a
MOMENTUM SOLAR,

                        Defendant.
---------------------------------------------------------------X
```

A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on March 31, 2020, granting Defendant's motion for summary judgment to dismiss the federal claim; dismissing the TCPA claim with prejudice; and declining to exercise supplemental jurisdiction over Plaintiff's pendant state law claim and dismissing it without prejudice; it is

ORDERED and ADJUDGED that Defendant's motion for summary judgment to dismiss the federal claim is granted; that the TCPA claim is dismissed with prejudice; and that the Court declines to exercise supplemental jurisdiction over Plaintiff's pendant state law claim and dismisses it without prejudice.

Dated: Brooklyn, New York  
      April 7, 2020

Douglas C. Palmer  
Clerk of Court

by:    */s/ Jalitza Poveda*  
       Deputy Clerk